United States District Court
District of New Mexico   Case no. 26-CV-1039

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
APR 06 2026
MITCHELL R. ELFERS
CLERK OF COURT

Respondants:
Mescalero Tribal Court
Mescalero Tribal Supreme court
Mescalero Prosecution office
Tribal Attorney Nelva Cervantes
Internal Affairs B.I.A. Admin of new mexico
B.I.A. law enforcement agency in mescalero
Department of Justice of new mexico
F.B.I. of new mexico

Tynel DeShane Steward
Plaintiff

mailing address:

148 Penn Scott Dr.
Mescalero, new mexico 88340

③ pages
⑧ pages of attachment
⑪ pages total

Petition for Writ of Habeas Corpus / Petition for Writ of Mandamus

Comes now the above named Plaintiff, Tynel Steward, petitioning the Honorable higher United States District Court for a writ of habeas corpus and a writ of Mandamus staking my claims on 25 USC 1303 [Habeas Corpus] & 28 USC 1361 & 18 USC 3771 [Victims Rights] As I want to press federal charges against every individual engaged in the conspiracy against not only my rights but the rights of my people of the Mescalero Apache Reservation pursuant to 18 USC 241 & 242 of the federal Criminal code. Yet am having a hard time due to law enforcement agencys failing in their duties as law enforcement officers. Corrupt B.I.A. law enforcement officers coercing our tribal leaders into enacting laws which rob us of rights and privileges which were and are to be guaranteed by the U.S. const. and other laws such as our guaranteed 4th Amendment Right U.S. const; 24-11-2 M.A.T.C. on the ground level, locking us up on false charges, then shipping us off to B.I.A. run facilities in order to bank off us as is the case right now with my false imprisonment. The Mescalero Apache Tribal President, Thora, The Mescalero Apache Tribal Attorney, Nelva, and the Tribal Counsel along with the Tribal Court, prosecution & public defender office of the video on my Social media facebook Profile "Tynel DeShane"—

1-③

of corrupt B.I.A. Tabby Threatening to falsely charge me with obstruction of justice for recording her with my phone after already willfully depriving me of my 4th Amend right vs. const; 24-11 MATC Since 11/23/25 when my petition for writ of habeas corpus was on the docket to be heard by the Tribal Counsel/Acting Mescalero Supreme court. I'm appalled that I'm even in this situation as why wasn't corrupt B.I.A. officers Tabby and Decker reported by our Tribal leaders to internal affairs of B.I.A. Admin regards my wishes to press federal charges and terminated instead of left on the loose to continue to police our community and who knows how many others of us have they robbed of rights and brought up on false charges?

Then there's the fact that B.I.A. officer Vasquez along with numerous others of the B.I.A. Law enforcement agency up till 2018 are guilty of willfully depriving a great many Mescalero Apache's, including myself over an extensive period of time of our guaranteed 4th Amend Right US Const; 24-11-2(B) MATC. by having warrants issued off complaints 'illegally filed' in the Mescalero Tribal court void of sworn affirmation (Poisonous Trees) to all them cases the feds picked up and double jeopardied prosecuted through the federal courts (see 25 USC. 1311 [model code for govern the courts of Indian offenses]) (fruits of those poisonous trees) same with stemming the cases 'involving BI officers guilty of filing complaints void of sworn affirmation BIA along with all cases out of the B.I.A. Agency 'in mescalero and prosecuted by the prosecution office in mescalero through the Mescalero Tribal courts by corrupt Judges chief Judges not from our Tribe (which our Tribal Code should read otherwise) Then with Tribal Attorney Nelva Cervantes being the legal Advocate [licensed consultant to the Tribal President & Honorable Mescalero Apache Supreme Court gives her no excuse to violate the law or allow others to do So and in my opinion has some explaining to do!

The case no. CR-2026-0067 I'm currently incarcerated on Arresting officer's B.I.A. officer Tabby engaged in a conspiracy against

2-③

(All Remedies at the local court plus nationally have been)
(exhausted to ends with no Justice. Due to corrupt BIA)
Law enforcement officers extorting our Tribal leaders

• my rights. further evidence against her and Deeker the criminal complaint in case no. CR-2025-0011(where I recorded her with my phone threatening to falsely charge me of obstruction of Justice for recording her with my phone after already, willfully depriving me of my 4th Amend right) bears no written showing of probable cause.

Relief sought: An order be issued out to the Mescalero Tribal courts to dismiss Case NO. CR-2026-0067 and grant my release and Issue out a protection order against the BIA law enforcement agency and prosecution office in Mescalero I put in for NOV 2025, & an order to Internal affairs of BIA, Admin of New Mexico also The D.O.J. and FBI of New Mexico to go about affording me my victims rights 18 USC 3771 regards my wishes to press federal charges against each individual involved in the conspiracy against mine & the rights of my people of the Mescalero Apache Tribe pursuant to 18 USC 241 & 242 of the federal criminal Code and An order to our Tribal Leaders of the Mescalero Apache Tribe/Acting Honorable Mescalero Apache Supreme Court to cease from not acting in the best interest of our people regardless of whatever outside entity were dealing with for the wrong we've been done were entitled to Just compensation.

I swear and affirm under penalty of purjury that the facts I've Set forth in this petition are true to the best of my belief and information.
Respectfully submitted Tynel Stewart

certificate of service
I hereby certify this 30th day of march 2026 that the foregoing 3 page petition, attached Affidavit of Indigency and 7 page of document was sent via USPS to the United States District Court: 201 W Picacho Ave, Las Cruces NM 88005   & The Mescalero Apache Tribal President & Supreme Court at: P.O. Box 227 Mescalero, NM 88340
faxed to: 575-464-4489  &  575-464-9220
Respectfully, Tynel Stewart

3B

Mescalero Apache Tribal Supreme Court   1-2
Mescalero, New Mexico   Pages ②
@ pages total

RE: CR-2026-0067     Case:
Expidited Interlocatory Appeal
TO: The Mescalero Apache Tribal President

I'm respectfully requesting to have expidited Interlocatory Appeal to be reviewed by the Tribal Counsel acting Mescalero Apache Tribal Supreme Court and expidittedly ruled on-lawfully dismissing cause No. CR-2026-0067 which is pending against me in the lower Tribal court on the grounds of the 7 pages of attached Documents filed in the lower court and again the, The Mescalero Apache Tribal President, Thora and Mescalero Apache Tribal Attorney, Nelva, and the Tribal counsel being aware of the video on my social media facebook profile Tynel DeShane of corrupt B.I.A. Officer Tabby threatening to falsely charge me with obstruction of Justice for recording her with my phone after already willfully depriving me of my 4th Amend right U.S. const; 24-11-1 M.A.T.C. a federal offense pursuant to 18 U.S.C. 241 & 242 of the federal criminal code since 11/25/25 when my petition for writ of habeas corpus was on the docket to be heard by the Tribal counsel/acting Mescalero Apache Tribal Supreme court. I'm appalled that I'm even in this situation, as why wasn't corrupt B.I.A.

MITCHELL R. ELFERS
CLERK OF COURT

① - 2   ⑨

Officer Tabby and Decker reported by our Tribal Leaders to internal affairs of B.I.A. Admin regards my wishes to press federal charges and terminated instead of left alone to continue to police our community comunity and who knows how many others of us have they robbed of rights and brought up on false charges? With my motions in the lower court the longer it takes for the Chief Judge to lawfully dismiss cause no. CR-2026-0067 in light of the forementioned will reflect adversely as to his having our peoples best interest in mind and prove himself no less corrupt than the previous chief Justices, the prosecution & B.I.A law enforcement agency in Mescalero! As goes for all parties becoming aware of this matter at this point - I'm appalled as to the egregious corruption of our Tribal Government and how far it stems! all my filing and pleadings making it evident! Wherefore I pray the Honorable Mescalero Apache Tribal Supreme Court enters an order dismissing cause no. CR-2026-0067 against me in the lower court without any further undue delay..

Respectfully submitted
Tynel Steward

emailed or faxed (3/10/26)

Certificate of service

I hereby certify this 9th day of march 2026 that the foregoing interlocatory appeal was sent via USPS to the Mescalero Tribal President at (general delivery) P.O Box 228 Mescalero, NM 88340   Respectfully Tynel Steward

2-9

MESCALERO APACHE TRIBAL COURT
MESCALERO APACHE RESERVATION, NEW MEXICO

Tynel DeShane Steward
_____
Complainant/Petitioner(s),

Vs.

Mescalero Tribal court
_____

Enrollment No. N/A

Address N/A
_____

Cause No. CR-2026-0067

Respondent(s).

Expidited
Motion for Ruling on motion to dismiss/Default Judgement

I, Tynel Steward _____, the complainant in this cause states that the following statement(s) is/are true and correct to the best of my knowledge and belief:

Comes now the above named Defendant Tynel Steward, motioning to the Honorable court for a ruling on my motion to dismiss. certificate of service dated 3/1/26 granting my motion with all due process fairness on default Judgement pursuant to the due process & equal protection clause of 24-11-2(A) M.A.T.C. and in support thereof would show the following 12-3-5(B) M.A.T.C. the defendant shall have twenty (20) days to answer from the date of service before Judgement is entered. same goes for the prosecution @ See 25 USC 1311 [model Code for govern courts of Indian Offenses]. Any response filed by the Traitorously corrupt Prosecution filed with the court would be nothing short of physical evidence of an act in the furtherance of the conspiracy against my rights pursuant to 18 USC 241 & 242 of the federal criminal code. same goes for the Honorable court not ruling in favor of my motion dismissing the above said cause no. CR-2026-0067 with prejudice without any further undue delay so as to violate the code of Judicial conduct by conveying The impression corrupt prosecution is in a position to recieve special favors from it Thus entering into the conspiracy against my rights. over the weekend I'll be writting up the Petition for writ of habeas Corpus to present USPs. monday to the United States District court regards the Petition for writs of habeas corpus I filed NOV 2026 with the Mescalero Tribal Courts with all the motion in case no. CR-2026-0067 attached. Nelva Cervantes being the legal Advocate liscensed consul- tant to the Tribal President & Honorable Mescalero Apache Supreme court gives her no excuse to violate the law or allow others to so. Wherefore I pray the Honorable court enters an order dismissing the above said case no. certificate of service faxed to Both Tribal court in mescalero 3/27/26 at: 575-464-4489 & 575-464-9220

Signature of Complainant/Petitioner

Date: 3/26/26

Print Name Tynel Steward

Enrollment No. 03044

mailing Address 148 Penn Scott Dr.
Mescalero, NM 88340

Mescalero Tribal Court (2018)    PO Box 227 / 159 Deer Trail    Mescalero, NM 88340

2-2

Mescalero Apache Tribal Court
mescalero new mexico

Mescalero Tribal Court

vs                                                    Case CR-2026-0067

Tynel DeShane Steward                                2 pages

ProSe motion to review conditions of release/motion
to Dismiss (expidited)

Come Now the above named Defendant Tynel
Steward prose motioning to the Honorable court to
review conditions of release, and releasing me on
my own Recognizance based upon the fact that
officer Tabby is a corrupt BIA law enforcement officer
and the prosecution is Just as corrupt being aware
of the video on my public facebook profile of officer
Tabby committing federal offense against me last
year. Why hasnt she been reported to internal affairs of
the BIA Admin and terminated. I filed a petition
for writ of habeas corpus before the
Mescalero Apache Tribal supreme court regards all cases
involving corrupt officers Decker and Tabby, past and
present. This shit is insane. Also I filed an affidavit
for an emergency protection order against the BIA and
prosecution in mescalero via email from towaoc co nov
2025 which is undergoing unlawful simulation of the
legal process, a criminal offense copies of which
can be viewed on my public facebook profile Tynel
DeShane where Ive been posting about the corruption
here and in lincoln county. Based upon the video of officer
Tabby threatening to falsely charge me with obstrucktion of Justic
after already robbing me of my 4th Amend right a federal
offense pursuant to 18 USC 241 & 242 of the federal
criminal code I respectfully move the Honorable court
to dismiss the above said cause no with prejudice.
I want to press federal charges against all corrupt
parties engaged in the conspiracy against my rights
the prosecution and Tabby and Decker. I Request for
a hearing to be set for this matter to review
the video of officer Tabby committing federal offenses

1 (2) 5 (9)

against me, this case lawfully needs to be dismissed without any further undue delay.

Respectfully submitted
Tyrel Stewart

## Certificate of service

I hereby certify this 1st day of march 2021 that this motion was sent via us postal service to the Mescalero Apache tribal court clerk at PO Box 227 Mescalero NM 88340

Respectfully
Tyrel Stewart

C-9

Mescalero Apache Tribal Supreme Court
Mescalero, New Mexico                    ② pages

RE: All cases it concerns          Case:____
              Expedited Petition for writ of
                    Habeas Corpus
TO: The Mescalero Apache Tribal President

Comes now, Mescalero Apache People, Respectfully requesting
to have this Expidited Petition for writ of habeas
corpus review by the Tribal Counsel/Acting Honorable
Mescalero Apache Tribal Supreme Court pursuant to
24-11-3 [Habeas Corpus] M.A.T.C. challenging the legality
of my detention (exhausting all remedies of the trial
court befor petitioning to the higher United States
District Court) on the grounds of the fact that before
2018, B.I.A. officer Vasquez is guilty along with
numerous other officers of the B.I.A. law enforcement
agency are guilty of willfully depriving a great many
Mescalero Apaches over an extensive period of
time of their guaranteed guaranteed 4th Amend Right
U.S. Const.; 24-11-2(B) M.A.T.C. by having warrants/complaints issued
off complaints illegally filed in the Mescalero Tribal
court void of of sworn affirmation - meaning the
cop must swear and affirm under penalty of perjury
that the facts set forth in their prop probable cause/
Statement (Criminal complaint) are true to the best
of their information and belief. the 4th Amend; 24-
11-2(B) M.A.T.C. mandates that no warrant Issue but
upon probable cause supported by oath or affirmation,
yet you'll find alot of the complaints filed in the Mescalero
Tribal court dating back from 2018 void of sworn
affirmation. each a federal offense committed
against a mescalero Apache Tribal member pursuant
to 18 USC 241 & 242 of the federal Criminal Code
on a scale contrary to having committed a crime
against humanity by corrupt B.I.A. law enforcement

1 f 2)

officers out of the corrupt B.I.A law enforcement office in mescalero. no doubt pursuant to the due process and equal protection right of the 14th Amend U.S. Const; 24-11-2(H) MATC each mescalero Apache Tribal member Robbed of their 4th Amend right and falsely imprisoned is entitled to just compensation and everyone involved with the corrupt B.I.A law enforcement officers Vasquez, Justin, Whikers, Satterfield, Jackson, ect et al, chief Judges prosecution and court personel involved in the conspiracy against the people of the Mescalero Apache Tribe held accountable and prosecuted to the fullest extent of the law pursuant to 18 USC 241 & 242 of the federal criminal code.

Wherefore based on the forementioned making the Honorable, Mescalero Apache Tribal court Supreme court aware of where the evidence (complaints void of sworn affirmation) can be found order's need to entered to dismiss cases involving said officers Vasquez etc and any unsaid officers upon review found involved in the filing of complaints void of sworn affirmation dating back from 2018 to times long past to present, reporting this to internal affairs of B.I.A Admin. and putting all cases out of the corrupt B.I.A law inforcement agency and prosecution office in mescalero under great scrutinization!

Respectfully submitted
Tynel Steward

Certificate of service
I hereby certify this 22nd day of March 2026 that the foregoing expidited petition for writ of habeas corpus was sent via USPS to the Mescalero Apache Tribal President and court at P. Box 228 (General Delivery) & 227 mescalero NM 88340.
Respectfully~Tynel Steward

2/2

Tynel Steward
P.O. Box 339
Carrizozo, NM 88301

RECEIVED

APR 0 1 REC'D

KC

EL PASO TX 798
RIO GRANDE DISTRICT
31 MAR 2026 AM 2 L

UNITED STATES
OF AMERICA
FOREVER/USA

United States District court clerk
201 W Picacho Ave,
Las Cruces, New Mexico 88005

88005-183301